JS 44C/SDNY
REV. 06/01/17

CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                          DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐   Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed. No ☐  Yes ☐  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?      No ☐    Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                  NATURE OF SUIT

TORTS                                                           ACTIONS UNDER STATUTES

CONTRACT           PERSONAL INJURY     PERSONAL INJURY/              FORFEITURE/PENALTY    BANKRUPTCY              OTHER STATUTES
                                       [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE  [ ] 310 AIRPLANE    PHARMACEUTICAL PERSONAL       [ ] 625 DRUG RELATED   [ ] 422 APPEAL          [ ] 375 FALSE CLAIMS
[ ] 120 MARINE     [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY   SEIZURE OF PROPERTY     28 USC 158          [ ] 376 QUI TAM
[ ] 130 MILLER ACT        LIABILITY    [ ] 365 PERSONAL INJURY           21 USC 881         [ ] 423 WITHDRAWAL      [ ] 400 STATE
[ ] 140 NEGOTIABLE [ ] 320 ASSAULT, LIBEL &    PRODUCT LIABILITY     [ ] 690 OTHER              28 USC 157             REAPPORTIONMENT
        INSTRUMENT         SLANDER     [ ] 368 ASBESTOS PERSONAL                                                    [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF [ ] 330 FEDERAL         INJURY PRODUCT                                                          [ ] 430 BANKS & BANKING
        OVERPAYMENT &      EMPLOYERS'       LIABILITY                                         PROPERTY RIGHTS       [ ] 450 COMMERCE
        ENFORCEMENT        LIABILITY                                                                                [ ] 460 DEPORTATION
        OF JUDGMENT [ ] 340 MARINE     PERSONAL PROPERTY                                      [ ] 820 COPYRIGHTS    [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT [ ] 345 MARINE PRODUCT                                                   [ ] 830 PATENT              ENCED & CORRUPT
[ ] 152 RECOVERY OF        LIABILITY   [ ] 370 OTHER FRAUD                                    [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION   ORGANIZATION ACT
        DEFAULTED   [ ] 350 MOTOR VEHICLE [ ] 371 TRUTH IN LENDING                            [ ] 840 TRADEMARK         (RICO)
        STUDENT LOANS [ ] 355 MOTOR VEHICLE                                                                         [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)    PRODUCT LIABILITY                                                  SOCIAL SECURITY       [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF [ ] 360 OTHER PERSONAL [ ] 380 OTHER PERSONAL     LABOR
        OVERPAYMENT        INJURY          PROPERTY DAMAGE                                    [ ] 861 HIA (1395ff)   [ ] 850 SECURITIES/
        OF VETERAN'S [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE [ ] 710 FAIR LABOR     [ ] 862 BLACK LUNG (923)    COMMODITIES/
        BENEFITS           MED MALPRACTICE     PRODUCT LIABILITY            STANDARDS ACT     [ ] 863 DIWC/DIWW (405(g))  EXCHANGE
[ ] 160 STOCKHOLDERS                                                  [ ] 720 LABOR/MGMT      [ ] 864 SSID TITLE XVI
        SUITS                                                               RELATIONS         [ ] 865 RSI (405(g))
[ ] 190 OTHER                          PRISONER PETITIONS             [ ] 740 RAILWAY LABOR ACT                      [ ] 890 OTHER STATUTORY
        CONTRACT                       [ ] 463 ALIEN DETAINEE         [ ] 751 FAMILY MEDICAL                              ACTIONS
[ ] 195 CONTRACT                       [ ] 510 MOTIONS TO             LEAVE ACT (FMLA)         FEDERAL TAX SUITS    [ ] 891 AGRICULTURAL ACTS
        PRODUCT            ACTIONS UNDER STATUTES  VACATE SENTENCE
        LIABILITY                          28 USC 2255               [ ] 790 OTHER LABOR      [ ] 870 TAXES (U.S. Plaintiff or  [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE   CIVIL RIGHTS       [ ] 530 HABEAS CORPUS              LITIGATION                  Defendant)          MATTERS
                                       [ ] 535 DEATH PENALTY         [ ] 791 EMPL RET INC     [ ] 871 IRS-THIRD PARTY [ ] 895 FREEDOM OF
                    [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER   SECURITY ACT (ERISA)     26 USC 7609            INFORMATION ACT
REAL PROPERTY              (Non-Prisoner)                                                                           [ ] 896 ARBITRATION
                    [ ] 441 VOTING                                                                                  [ ] 899 ADMINISTRATIVE
[ ] 210 LAND        [ ] 442 EMPLOYMENT                                IMMIGRATION                                         PROCEDURE ACT/REVIEW OR
        CONDEMNATION [ ] 443 HOUSING/  PRISONER CIVIL RIGHTS                                                              APPEAL OF AGENCY DECISION
[ ] 220 FORECLOSURE        ACCOMMODATIONS                            [ ] 462 NATURALIZATION
[ ] 230 RENT LEASE & [ ] 445 AMERICANS WITH [ ] 550 CIVIL RIGHTS            APPLICATION                             [ ] 950 CONSTITUTIONALITY OF
        EJECTMENT          DISABILITIES - [ ] 555 PRISON CONDITION   [ ] 465 OTHER IMMIGRATION                            STATE STATUTES
[ ] 240 TORTS TO LAND      EMPLOYMENT  [ ] 560 CIVIL DETAINEE              ACTIONS
[ ] 245 TORT PRODUCT [ ] 446 AMERICANS WITH   CONDITIONS OF CONFINEMENT
        LIABILITY          DISABILITIES -OTHER
[ ] 290 ALL OTHER   [ ] 448 EDUCATION
        REAL PROPERTY

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION          DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
     UNDER F.R.C.P. 23                     AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                           IF SO, STATE:

DEMAND $_____ OTHER _____        JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☐ NO                    NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*  **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
   ☐ a. all parties represented
   ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*  **BASIS OF JURISDICTION**  *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____   ADMITTED TO PRACTICE IN THIS DISTRICT
   [ ] NO
RECEIPT # _____    [ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)