UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RECOVERY EFFORT INC., <br><br> Plaintiff, <br><br> - against - <br><br> ZEICHNER ELLMAN & KRAUSE LLP, WACHTEL MISSRY LLP, YOAV M. GRIVER, and WILLIAM B. WACHTEL, <br><br> Defendants. | No.: 1:19-cv-05641-VSB <br><br> **STIPULATION AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED and AGREED, by and between the undersigned parties and counsel for the parties, that:

1. Zeichner Ellman & Krause LLP and Yoav M. Griver have accepted and hereby acknowledge service by email of the Summons and Complaint.

2. The law firm of Morvillo Abramowitz Grand Iason & Anello P.C. has accepted and hereby acknowledges service by email of the Summons and Complaint on behalf of Defendants Wachtel Missry LLP and William B. Wachtel.

3. All Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint is extended to and including November 15, 2019.

4. Defendants reserve all defenses except those relating to insufficiency of service of process.

5. This stipulation may be executed in counterparts, and a .pdf signature transmitted by electronic means may be deemed an original.

Dated: September 9, 2019
    New York, New York

POLLOCK COHEN LLP

By:
   /s/ *Adam Pollock*

Adam Pollock
60 Broad Street, 24th Floor
New York, NY 10004
(212) 337-5361
adam@pollockcohen.com
*Attorneys for Plaintiff*

ZEICHNER ELLMAN & KRAUSE LLP

By:

Stephen F. Ellman
1211 Avenue of the Americas
New York, NY 10036
(212) 826-5303
sellman@zeklaw.com
*Defendant
and as attorney for Defendant Yoav M. Griver*

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By:

Edward M. Spiro
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
espiro@maglaw.com
*Attorneys for Defendants Wachtel Missry LLP
and William B. Wachtel*

SO ORDERED

_____
U.S.D.J.

1028690