UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RECOVERY EFFORT INC.,

                        Plaintiff,

            -against-

ZEICHNER ELLMAN & KRAUSE LLP, et al.,

                      Defendants.
----------------------------------------------------------------X

Case No. 19-cv-5641 (VSB)

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in this case for defendants Zeichner Ellman & Krause LLP and Yoav M. Giver. I certify that I am admitted to practice before this Court.

Dated: New York, New York
          November 11, 2019

                                        /s/Michael T. Sullivan
                                        Michael T. Sullivan

                                        SULLIVAN & WORCESTER LLP
                                        1633 Broadway
                                        New York, New York 10019
                                        Telephone: (212) 660-3000
                                        Facsimile: (212) 660-3001
                                        Email: msullivan@sullivanlaw.com

                                        *Attorneys for defendants Zeichner Ellman & Krause LLP and Yoav M. Giver*