# POLLOCK | COHEN LLP
60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

---

February 19, 2020

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007 New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.  2/21/2020

Re:   *Recovery Effort Inc. v. Zeichner Ellman & Krause LLP, et al.*, No. 19-cv-05641 (VSB)

Dear Judge Broderick:

We represent Plaintiff in the above-captioned action and write to request a one-day extension of the date to file Plaintiff's amended complaint to tomorrow, February 20, 2020. The reason for the adjournment is an emergency medical situation in our client's immediate family.

The Court previously ordered Plaintiff to file its amended complaint by February 5, 2020. (ECF No. 30.) There has been one previous application for an extension of this date: with the Defendants' consent, we sought a two-week extension of time, until February 19, 2020, which the Court granted. (ECF No. 32.) Defendants also consent to the instant application for a one-day extension and request a commensurate one-day extension of their motion date.

Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

/s/ *Adam Pollock*

Adam Pollock

cc:   Counsel of Record (via ECF)