

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

Direct line: 212 660 3024
msullivan@sullivanlaw.com

March 16, 2020

**VIA ELECTRONIC FILING**

Hon. Vernon S. Broderick
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: *Recovery Effort Inc. v. Zeichner Ellman & Krause LLP, et al.,*
     No. 19-cv-05641 (VSB)

Dear Judge Broderick:

  We represent Defendants Zeichner Ellman & Krause LLP and Yoav M. Griver in the above-captioned action. We write to request an extension of time, until March 30, 2020, for all Defendants to answer, move, or otherwise respond to the First Amended Complaint. Counsel for Co-Defendants join in this request. Counsel of Plaintiff consents.

  On February 20, 2020, Plaintiff Recovery Effort Inc. filed its First Amended Complaint. The current deadline for Defendants to answer, move, or otherwise respond to the First Amended Complaint is March 23, 2020.

  As a result of the spread of COVID-19 in New York, my firm has directed that lawyers and staff work from remote locations, resulting in some disruption of work flow. Counsel for the other parties are encountering similar issues. The requested additional time is intended to accommodate this disruption.

  Accordingly, the parties respectfully ask that the Court extend the time for all Defendants to answer, move, or otherwise respond to the First Amended Complaint from **March 23, 2020** to **March 30, 2020**.

  The parties also respectfully request that the corresponding briefing dates on any motions with respect to the First Amended Complaint also be extended by one week so that any opposition papers be due on **May 7, 2020** and any reply papers be due on **May 28, 2020**.

  This is the first request for any such extensions.

             Respectfully submitted,

             /s/Michael T. Sullivan
             Sullivan & Worcester LLP
             *Counsel for Zeichner Ellman & Krause LLP*
             *and Yoav M. Griver*

cc: Counsel of Record (via ECF)