UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| RECOVERY EFFORT INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | 19 Civ. 5641 (VSB) (KHP) |
| - against - | : | |
| | : | |
| ZEICHNER ELLMAN & KRAUSE LLP, | : | |
| WACHTEL MISSRY LLP, YOAV M. | : | **NOTICE OF MOTION** |
| GRIVER, and WILLIAM B. WACHTEL, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the Declaration of Michael T. Sullivan, executed on March 30, 2020, the accompanying memorandum of law, and all prior pleadings and proceedings had herein, defendants Zeichner Ellman & Krause LLP and Yoav M. Griver (together, the "ZEK Defendants") will move before the Honorable Vernon S. Broderick, United States District Judge, in Courtroom 518 of the Thurgood Marshall U.S. Courthouse located at 40 Foley Square, New York, New York, for an order, pursuant to Fed. R. Civ. P. 12(b)(6) and the applicable statutes of limitations, dismissing the First Amended Complaint with prejudice and for such other and further relief as is just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's March 17, 2020 Order (ECF 40), any opposing affidavits and answering memoranda shall be served on or before May 7, 2020, and any reply papers shall be served on or before May 28, 2020.

Dated: New York, New York                                **SULLIVAN & WORCESTER LLP**
       March 30, 2020


                                                         By: /s/ Michael T. Sullivan
                                                             Michael T. Sullivan
                                                             Clark A. Freeman
                                                             Anna Lea Setz
                                                         1633 Broadway
                                                         New York, New York 10019
                                                         Telephone: (212) 660-3000
                                                         Facsimile:  (212) 660-3001
                                                         msullivan@sullivanlaw.com
                                                         cfreeman@sullivanlaw.com
                                                         asetz@sullivanlaw.com

                                                         *Attorneys for Defendants*
                                                          *Zeichner Ellman & Krause LLP*
                                                          *and Yoav M. Griver*