# EXHIBIT I

MS# 12
P 1

At IAS Part 12 of the Supreme Court of the State of New York, held in and for the County of New York at the Courthouse at 60 Centre Street, New York, New York on the 26 day of October, 2011

PRESENT:

Honorable Paul G. Feinman,

Justice

---

ARIE GENGER and ORLY GENGER, in her individual capacity and on behalf of the ORLY GENGER 1993 Trust,

                   Plaintiffs,

-against-

SAGI GENGER, TPR INVESTMENT ASSOCIATES, INC., DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of THE SAGI GENGER 1993 TRUST, GLENCLOVA INVESTMENT COMPANY, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP and MARK HIRSCH,

                   Defendants.

Index No.: 651089/10

E-FILE

**ORDER TO SHOW CAUSE**
**AND TEMPORARY**
**RESTRAINING ORDER**

---

After hearing counsel for Orly Genger, Arie Genger, and Dalia Genger, on the record (Court Reporter Debra Salzman), and

Upon the reading and filing the Affidavit of Orly Genger, sworn to on October 24, 2011 and the exhibits thereto; the Attorney's Statement of Judith E. Siegel-Baum, dated October 25, 2011 and the exhibits thereto; the Attorney's Statement of Bryan D. Leinbach, dated October 25, 2011, and the exhibits thereto; the accompanying memorandum of law, dated October 25, 2011; and on all other proceedings had herein;

LET defendant Dalia Genger ("Dalia") or her attorneys show cause before this Court, to be held at the Courthouse, 60 Centre Street, at IAS Part 12, Room 212, New York, New York, on the 14th day of December 2011, at 2:15 p.m., or as soon thereafter as counsel can be heard, why an Order, enjoining Dalia, along with Dalia's agents, assigns, attorneys, and/or anyone acting on Dalia's behalf from (i) prosecuting the action commenced in Delaware Chancery Court entitled *Dalia Genger as Trustee of the Orly Genger 1993 Trust v. TR Investors LLC et al* (the "Delaware Action"); and (ii) commencing any new actions as Trustee of the Orly Genger 1993 Trust (the "Orly Trust") concerning the subject matter of the operative Complaint in this action; and it is hereby

ORDERED that, until further order of this Court, Dalia, along with Dalia's agents, assigns, attorneys, and/or anyone acting on Dalia's behalf shall be prohibited from prosecuting the Delaware Action or commencing any new actions as Trustee of the Orly Trust concerning the subject matter of the operative Complaint in this action; and it is further

ORDERED, that a copy of this Order to Show Cause, together with copies of the papers upon which it was made, shall be served upon counsel for all parties who have appeared in this action by e-mail and electronic filing and that such service shall be deemed good and sufficient notice of this application. All opposition papers shall be e-filed on or before Nov 21, 2011. All reply papers shall be e-filed on or before Dec. 9, 2011.

ENTER:

_____
J.S.C.
HON. PAUL G. FEINMAN