# EXHIBIT K

At IAS Part 12 of the Supreme Court of the State of New York, held in and for the County of New York at the Courthouse at 60 Centre Street, New York, New York on the 9 day of ~~October~~ NOVEMBER, 2011

PRESENT:

Honorable Paul G. Feinman,

Justice

M.S. 013

---

ARIE GENGER and ORLY GENGER, in her individual capacity and on behalf of the ORLY GENGER 1993 Trust,

　　　　　　　　　　Plaintiffs,

-against-

SAGI GENGER, TPR INVESTMENT ASSOCIATES, INC., DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of THE SAGI GENGER 1993 TRUST, GLENCLOVA INVESTMENT COMPANY, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP and MARK HIRSCH,

　　　　　　　　　　Defendants.

Index No.: 651089/10

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

E-FILE

After hearing from counsel for plaintiffs, counsel for defendants TPR, the "Trump Group," Dalia Genger, on the record on 11/1/2011 (Ct. Reporter Debra Salzman), and again on 11/9/2011 (Ct. Reporter Nina Koss)

---

Upon the reading and filing the Attorney's Statement of Yoav M. Griver, dated October 31, 2011, and the exhibits thereto; and on all other proceedings had herein;

LET defendants TPR Investment Associates, Inc. ("TPR") and TR Investors, LLLC, Glenclova Investment Company, New TR Equity I, LLC, New TR Equity II, LLC (collectively without TPR, the "Trump Group Defendants"), or their attorneys appear and show cause before this Court, to be held at the Courthouse, 60 Centre Street, at IAS Part 12, Room 212, New York, New

York, on the __14__ day of __December__ 2011, at __2:15__ p.m., or as soon thereafter as counsel can be heard, why an Order should not issue enjoining TPR and the Trump Group Defendants, along with their agents, assigns, attorneys, and/or anyone acting on their behalf from proceeding with, or making any motion in or concerning, the action commenced in Delaware Chancery Court entitled *Dalia Genger as Trustee of the Orly Genger 1993 Trust v. TR Investors LLC et al* (the "Delaware Action") during any period of time when Dalia Genger, the plaintiff in the Delaware Action, is enjoined from prosecuting the Delaware Action by this Court; and it is hereby

ORDERED that, ~~until further order of this Court~~ *pending the hearing of this motion*, TPR and the Trump Group Defendants, along with thier agents, assigns, attorneys, and/or anyone acting on their behalf shall be prohibited from proceeding with, or making any motion in or concerning, the Delaware Action; and it is further

ORDERED, that a copy of this Order to Show Cause, together with copies of the papers upon which it was made, shall be served upon counsel for all parties who have appeared in this action by e-mail and electronic filing and that such service shall be deemed good and sufficient notice of this application. All opposition papers shall be e-filed on or before __Nov. 21, 2011__. All reply papers shall be e-filed on or before __Dec. 9, 2011__.

ORAL ARGUMENT DIRECTED
/s/ JSC

ENTER:

_/s/_
J.S.C.

**HON. PAUL G. FEINMAN**

#640275v1/YG/10669.003     2