# EXHIBIT Q

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT:  **HON. BARBARA JAFFE** _____

*Justice*

------------------------------------------------------------X

ARIE GENGER, ORLY GENGER, ORLY GENGER
1993 TRUST,

Plaintiff,

- v -

SAGI GENGER, TPR INVESTMENT ASSOCIATES,
*et al.,*

Defendants.

------------------------------------------------------------X

| | |
|---|---|
| PART | IAS MOTION 12EFM |
| INDEX NO. | 651089/2010 |
| MOTION DATE | |
| MOTION SEQ. NO. | 042 |

**DECISION AND ORDER**

The following e-filed documents, listed by NYSCEF document number (Motion 042) 1099-1108, 1137, 1140-1142, 1145, 1146, 1151, 1152, 1157, 1165, 1166, 1210-1247, 1275, 1279, 1391, 1408

were read on this motion to/for _____substitution/payment into court_____.

     In light of the dismissal of this action (*Genger v Genger*, 144 AD3d 581 [1st Dept 2016]), this motion is now moot. Accordingly, it is hereby

     ORDERED, that the motion of defendant Dalia Genger to substitute herself as plaintiff and to direct that the Trump Group settlement fund be paid into court is denied in its entirety; it is further

     ORDERED, that the stay previously imposed is lifted; and it is further

     ORDERED, that the Clerk of the Court mark this motion as disposed.

| 2/19/2019 | $SIG$ |
|---|---|
| **DATE** | **BARBARA JAFFE, J.S.C.** |

HON. BARBARA JAFFE

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION |
|---|---|---|
| | ☐ GRANTED ☒ DENIED | ☐ GRANTED IN PART ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT ☐ REFERENCE |