# EXHIBIT U

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
ARIE GENGER and ORLY GENGER, in her individual
capacity and on behalf of THE ORLY GENGER
1993 TRUST,

                                 Plaintiffs,

         - against –

SAGI GENGER, TPR INVESTMENT ASSOCIATES,
INC., DALIA GENGER, THE SAGI GENGER 1993
TRUST, ROCHELLE FANG, Individually and as
Trustee of THE SAGI GENGER 1993 TRUST,
GLENCLOVA INVESTMENT CO., TR INVESTORS,
LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II,
LLC, JULES TRUMP, EDDIE TRUMP, MARK
HIRSCH, and TRANS-RESOURCES, INC.,

                                 Defendants.

Index No. 651089/10

**NOTICE OF APPEAL**

-------------------------------------------------------------------X
SAGI GENGER, individually and as assignee of
THE SAGI GENGER 1993 TRUST, and TPR
INVESTMENT ASSOCIATES, INC.,

    Cross-Claimants, Counterclaimants, and
    Third Party Claimants,

         - against –

ARIE GENGER, ORLY GENGER, GLENCLOVA
INVESTMENT CO., TR INVESTORS, LLC, NEW TR
EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES
TRUMP, EDDIE TRUMP, MARK HIRSCH,
TRANS-RESOURCES, INC., AND WILLIAM DOWD,

    Cross-Claim, Counterclaim, and/or
    Third Party Defendants.
-------------------------------------------------------------------X
GLENCLOVA INVESTMENT CO., TR INVESTORS,
LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II,
LLC, JULES TRUMP, EDDIE TRUMP, MARK
HIRSCH, and TRANS-RESOURCES, INC.,

    Counterclaimants, Cross-Claimants, and
    Third Party Plaintiffs,

- against –

ARIE GENGER, ORLY GENGER, SAGI GENGER,
TPR INVESTMENT ASSOCIATES, INC.,
THE SAGI GENGER 1993 TRUST, WILLIAM
DOWD, ARNOLD BROSER, DAVID BROSER,
and ONE OR MORE ENTITIES DIRECTED,
OWNED OR CONTROLLED BY ARNOLD
BROSER AND/OR DAVID BROSER,

　　　　　Counterclaim, Cross-Claim, and/or
　　　　　Third Party Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendant Dalia Genger ("Dalia") hereby appeals to the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, from (i) the decision and order of the Supreme Court, New York County (Jaffe, J.S.C.) (D.I. 1520), dated February 19, 2019, and entered by the Clerk of this Court on February 20, 2019 (the "Order"); (ii) the interim order dated and entered May 7, 2015 (D.I. 1279), holding in abeyance Dalia's motion to be substituted and for the Plaintiffs' Trump Group claim settlement funds to be paid into Court and ultimately to the Orly Trust pending the outcome of Orly Genger's petition in the Surrogate's Court to remove Dalia as trustee of the Orly Trust (Mot. Seq. No. 42), which interim order was made final by the Order, and (iii) any and all other prior non-final judgments and orders of the IAS Court and the Appellate Division in this action which necessarily affect the Order. A true and correct copy of the Order and the interim order, with notices of entry dated February 20, 2019, and March 5, 2019, are filed herewith.

Dated: March 22, 2019
　　　　New City, New York　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　Judith Bachman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant-Appellant
　　　　　　　　　　　　　　　　　　　　　　　　　Dalia Genger
　　　　　　　　　　　　　　　　　　　　　　　　　365 South Main Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　　　　New City, New York 10956
　　　　　　　　　　　　　　　　　　　　　　　　　845-639-3210

TO: All counsel of record

FILED: NEW YORK COUNTY CLERK 02/20/2019 05:33 PM
NYSCEF DOC. NO. 1521

INDEX NO. 651089/2010
RECEIVED NYSCEF: 02/20/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------- X
ARIE GENGER, *et al.*,        :
                                     :
           Plaintiffs,   :
                                     :
             v.                    :
                                     :
SAGI GENGER, TPR INVESTMENT  :
ASSOCIATES, INC., *et al.*     :
                                     :
          Defendants.   :
------------------------------------------------- X

Index No. 651089/2010

Hon. Barbara Jaffe

Mot. Seq. No. 42

**NOTICE OF ENTRY**

      PLEASE TAKE NOTICE that attached hereto as Exhibit A is a true and correct copy of the Decision and Order in this action, dated February 19, 2019, duly entered in the Office of the Clerk of the County of New York on February 20, 2019 (NYSCEF Doc. No. 1520), denying in its entirety the motion of Dalia Genger to substitute herself as plaintiff and direct that the Trump Group settlement fund be paid into court.

Dated: New York, New York
       February 20, 2019

                                              KASOWITZ BENSON TORRES LLP

                                              /s/ Michael Paul Bowen
                                              Michael Paul Bowen
                                              Andrew R. Kurland
                                              1633 Broadway
                                              New York, NY 10019

TO:
    All Counsel of Record (via NYSCEF)

    Judith Bachman, Esq.
    254 S Main St, Suite 306
    New City, NY 10956

    *Counsel for Dalia Genger*

FILED: NEW YORK COUNTY CLERK 03/22/2019 04:47 PM
NYSCEF DOC. NO. 1524

INDEX NO. 651089/2010
RECEIVED NYSCEF: 05/14/2019

FILED: NEW YORK COUNTY CLERK 03/05/2019 11:59 AM
NYSCEF DOC. NO. 1523

INDEX NO. 651089/2010
RECEIVED NYSCEF: 03/05/2019

Case 1:19-cv-05641-VSB   Document 25-21   Filed 03/30/20   Page 5 of 14

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

ARIE GENGER and ORLY GENGER, in her individual capacity and on behalf of THE ORLY GENGER 1993 TRUST,

    Plaintiffs,

- against -

SAGI GENGER, TPR INVESTMENT ASSOCIATES, INC., DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of THE SAGI GENGER 1993 TRUST, GLENCLOVA INVESTMENT CO., TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP, MARK HIRSCH, and TRANS-RESOURCES, INC.,

    Defendants.

---

SAGI GENGER, individually and as assignee of THE SAGI GENGER 1993 TRUST, and TPR INVESTMENT ASSOCIATES, INC.,

    Cross-Claimants, Counterclaimants, and Third Party Claimants,

- against -

ARIE GENGER, ORLY GENGER, GLENCLOVA INVESTMENT CO., TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP, MARK HIRSCH, TRANS-RESOURCES, INC., AND WILLIAM DOWD,

    Cross-Claim, Counterclaim, and/or Third Party Defendants.

---

INDEX NO. 651089/2010E

Hon. Barbara Jaffe

Part 12

**NOTICE OF ENTRY**

FILED: NEW YORK COUNTY CLERK 03/22/2019 04:47 PM                INDEX NO. 651089/2010
NYSCEF DOC. NO. 1525                                            RECEIVED NYSCEF: 05/14/2019
FILED: NEW YORK COUNTY CLERK 03/05/2019                         INDEX NO. 651089/2010
NYSCEF DOC. NO. 1524                                            RECEIVED NYSCEF: 03/05/2019

Case 1:19-cv-05642-VSB   Document 45-21   Filed 09/30/20   Page 6 of 14

GLENCLOVA INVESTMENT CO., TR INVESTORS, LLC,
NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC,
JULES TRUMP, EDDIE TRUMP, MARK HIRSCH, and
TRANS-RESOURCES, INC.,

    Counterclaimants, Cross-Claimants, and
    Third Party Plaintiffs,

       - against -

ARIE GENGER, ORLY GENGER, SAGI GENGER, TPR
INVESTMENT ASSOCIATES, INC., THE SAGI GENGER
1993 TRUST, WILLIAM DOWD, ARNOLD BROSER,
DAVID BROSER, and ONE OR MORE ENTITIES
DIRECTED, OWNED OR CONTROLLED BY ARNOLD
BROSER AND/OR DAVID BROSER,

    Counterclaim, Cross-Claim, and/or
    Third Party Defendants.

**PLEASE TAKE NOTICE** that the attached is a true and correct copy of the Decision and Order dated February 19, 2019, duly entered in the above-entitled action in the Office of the Clerk of the Supreme Court, New York County on February 20, 2019 (NYSECF Doc. No. 1520).

Dated: New York, New York  
       March 5, 2019

SKADDEN, ARPS, SLATE,  
    MEAGHER & FLOM LLP

By: /s/John Boyle  
John Boyle  
Four Times Square  
New York, New York 10036  
(212) 735-3000

*Attorneys for Trans-Resources, Glenclova Investment Co., TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump, and Mark Hirsch*

2

To:

    All Counsel of Record (via NYSCEF)

    Judith Bachman, Esq.
    254 S Main St, Suite 306
    New City, NY 10956
    *Attorney for Dalia Genger*

FILED: NEW YORK COUNTY CLERK 05/14/2019
INDEX NO. 651089/2010
RECEIVED NYSCEF: 05/14/2019

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

PRESENT: HON. BARBARA JAFFE
                        Justice

PART     IAS MOTION 12EFM

-------------------------------------------------------------------X

ARIE GENGER, ORLY GENGER, ORLY GENGER 1993 TRUST,

                  Plaintiff,

- v -

SAGI GENGER, TPR INVESTMENT ASSOCIATES, et al.,

                  Defendants.

-------------------------------------------------------------------X

INDEX NO.   651089/2010

MOTION DATE

MOTION SEQ. NO.   042

DECISION AND ORDER

The following e-filed documents, listed by NYSCEF document number (Motion 042) 1099-1108, 1137, 1140-1142, 1145, 1146, 1151, 1152, 1157, 1165, 1166, 1210-1247, 1275, 1279, 1391, 1408
were read on this motion to/for             substitution/payment into court.

      In light of the dismissal of this action (*Genger v Genger*, 144 AD3d 581 [1st Dept 2016]), this motion is now moot. Accordingly, it is hereby

      ORDERED, that the motion of defendant Dalia Genger to substitute herself as plaintiff and to direct that the Trump Group settlement fund be paid into court is denied in its entirety; it is further

      ORDERED, that the stay previously imposed is lifted; and it is further

      ORDERED, that the Clerk of the Court mark this motion as disposed.

2/19/2019
DATE

$SIG$
BARBARA JAFFE, J.S.C.
HON. BARBARA JAFFE

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☐ GRANTED | ☒ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: Hon. BARBARA JAFFE
                   Justice

PART 12

ARIE GENGER and ORLY GENGER, in her individual capacity and on behalf of THE ORLY GENGER 1993 TRUST,

Plaintiffs,

- v -

SAGI GENGER, TPR INVESTMENT ASSOCIATES, INC., DALIA GENGER, *et al.*,

Defendants.

INDEX NO. 651089/2010
MOTION DATE
MOTION SEQ. NO. 42
CALENDAR NO.

INTERIM ORDER

The following paper, numbered 1, was read on this motion.

Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ...
Answer — Affidavits — Exhibits
Replying Affidavits

PAPERS NUMBERED

Cross-Motion: ☐ Yes ☐ No

Defendant Dalia Genger's motion for an order substituting her, as trustee, as plaintiff for Orly Genger's Trump Group claims, and for an order pursuant to CPLR 2701 directing that the Trump Group settlement fund be paid into Court is held in abeyance pending the Surrogate's Court's resolution of Orly Genger's petition to remove Dalia Genger as trustee of Orly Trust. (*See Genger v Genger*, interim order dated Apr. 1, 2015, index No. 113862/2010 [mot. seq. no. 2]).

Dated: 5/7/15

BARBARA JAFFE
J.S.C.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE

Check one: ☐ FINAL DISPOSITION    ☐ NON-FINAL DISPOSITION
Check if appropriate: ☐ DO NOT POST    ☐ REFERENCE

# Supreme Court of the State of New York
# Appellate Division: First Judicial Department

Informational Statement (Pursuant to 22 NYCRR 1250.3 [a]) - Civil

**Case Title:** Set forth the title of the case as it appears on the summons, notice of petition or order to show cause by which the matter was or is to be commenced, or as amended.

Arie Genger and Orly Genger, in her individual capacity and on behalf of the Orly Genger 1993 Trust, Plaintiffs

- against -

Sagi Genger, TPR Investment Associates, Inc., Dalia Genger, The Sagi Genger Trust, Rochelle Fang, individually and as Trustee of the Sagi Genger 1993 Trust, Glencova Investment Co., TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, JulesTrump, Eddie Trump, Mark Hirsch and Trans-Resources, Inc., Defendants.

**For Court of Original Instance**

Date Notice of Appeal Filed

**For Appellate Division**

### Case Type
- ■ Civil Action
- ☐ CPLR article 75 Arbitration
- ☐ CPLR article 78 Proceeding
- ☐ Special Proceeding Other
- ☐ Habeas Corpus Proceeding

### Filing Type
- ■ Appeal
- ☐ Original Proceedings
  - ☐ CPLR Article 78
  - ☐ Eminent Domain
  - ☐ Labor Law 220 or 220-b
  - ☐ Public Officers Law § 36
  - ☐ Real Property Tax Law § 1278
- ☐ Transferred Proceeding
  - ☐ CPLR Article 78
  - ☐ Executive Law § 298
- ☐ CPLR 5704 Review

**Nature of Suit:** Check up to three of the following categories which best reflect the nature of the case.

| | | | |
|---|---|---|---|
| ☐ Administrative Review | ■ Business Relationships | ☐ Commercial | ☐ Contracts |
| ☐ Declaratory Judgment | ☐ Domestic Relations | ☐ Election Law | ■ Estate Matters |
| ☐ Family Court | ☐ Mortgage Foreclosure | ☐ Miscellaneous | ☐ Prisoner Discipline & Parole |
| ☐ Real Property (other than foreclosure) | ☐ Statutory | ☐ Taxation | ☐ Torts |

Informational Statement - Civil

## Appeal

| Paper Appealed From (Check one only): | If an appeal has been taken from more than one order or judgment by the filing of this notice of appeal, please indicate the below information for each such order or judgment appealed from on a separate sheet of paper. |
|---|---|

| ☐ Amended Decree | ☐ Determination | ☐ Order | ☐ Resettled Order |
| ☐ Amended Judgement | ☐ Finding | ☐ Order & Judgment | ☐ Ruling |
| ☐ Amended Order | ☐ Interlocutory Decree | ☐ Partial Decree | ☐ Other (specify): |
| ■ Decision | ☐ Interlocutory Judgment | ☐ Resettled Decree | |
| ☐ Decree | ☐ Judgment | ☐ Resettled Judgment | |

| Court: | Supreme Court | County: | New York |
|---|---|---|---|
| Dated: | 02/19/2019 | Entered: | February 20, 2019 |
| Judge (name in full): | Hon. Barbara Jaffe | Index No.: | 651089/10 |
| Stage: | ☐ Interlocutory ■ Final ☐ Post-Final | Trial: ☐ Yes ■ No   If Yes: ☐ Jury ☐ Non-Jury | |

### Prior Unperfected Appeal and Related Case Information

Are any appeals arising in the same action or proceeding currently pending in the court?   ☐ Yes  ■ No
If Yes, please set forth the Appellate Division Case Number assigned to each such appeal.

Where appropriate, indicate whether there is any related action or proceeding now in any court of this or any other jurisdiction, and if so, the status of the case:
Dalia Genger v. Arie Genger, 113862/10 (Sup. Ct. New York County) (stayed)
Sagi Genger v. Orly Genger, 17-CV-8181 (S.D.N.Y.) (post-judgment)
In the Matter of the Application of Orly Genger, for the removal of Dalia Genger as Trustee of the Orly Genger Trust 0017/08 (Surr. Ct. New York) (pending)

### Original Proceeding

| Commenced by: | ☐ Order to Show Cause  ☐ Notice of Petition  ☐ Writ of Habeas Corpus | Date Filed: |
|---|---|---|

Statute authorizing commencement of proceeding in the Appellate Division:

### Proceeding Transferred Pursuant to CPLR 7804(g)

| Court: | Choose Court | County: | Choose County |
|---|---|---|---|
| Judge (name in full): | | Order of Transfer Date: | |

### CPLR 5704 Review of Ex Parte Order:

| Court: | Choose Court | County: | Choose County |
|---|---|---|---|
| Judge (name in full): | | Dated: | |

### Description of Appeal, Proceeding or Application and Statement of Issues

Description: If an appeal, briefly describe the paper appealed from. If the appeal is from an order, specify the relief requested and whether the motion was granted or denied. If an original proceeding commenced in this court or transferred pursuant to CPLR 7804(g), briefly describe the object of proceeding. If an application under CPLR 5704, briefly describe the nature of the ex parte order to be reviewed.

Dalia Genger, as trustee, by her motion sought an order substituting herself as Plaintiff on Orly Genger's Trump Group claims, and for an order pursuant to CPLR 2701 directing that the Trump Group settlement fund be paid into Court and ultimately to the Orly Trust. On November 25, 2014, the IAS Court dismissed Plaintiffs' Trump Group claims pursuant to a settlement agreement, and the IAS Court severed the cross-claims, counterclaims and third-party claims. On May 7, 2015, the IAS Court held in abeyance Dalia's motion to be substituted and for the Plaintiffs' Trump Group claim settlement funds to be paid into Court and ultimately to the Orly Trust pending the outcome of Orly Genger's petition in the Surrogate's Court to remove Dalia as trustee of the Orly Trust. Such matter is still pending in the Surrogate's Court. On November 29, 2016, the Appellate Division, First Department, affirmed the dismissal of Plaintiffs' Trump Group claims pursuant to a settlement agreement by the IAS Court of the Complaint. On February 19, 2019 (entered on February 20, 2019), the IAS Court denied Dalia's motion to be substituted and for the Plaintiffs' Trump Group claim settlement funds to be paid into Court and ultimately to the Orly Trust as moot on the grounds that the Appellate Division, First Department affirmed the dismissal of the action.

Informational Statement - Civil

## Appeal

| Paper Appealed From (Check one only): | If an appeal has been taken from more than one order or judgment by the filing of this notice of appeal, please indicate the below information for each such order or judgment appealed from on a separate sheet of paper. |
|---|---|

| ☐ Amended Decree | ☐ Determination | ■ Order | ☐ Resettled Order |
|---|---|---|---|
| ☐ Amended Judgement | ☐ Finding | ☐ Order & Judgment | ☐ Ruling |
| ☐ Amended Order | ☐ Interlocutory Decree | ☐ Partial Decree | ☐ Other (specify): |
| ☐ Decision | ☐ Interlocutory Judgment | ☐ Resettled Decree | |
| ☐ Decree | ☐ Judgment | ☐ Resettled Judgment | |

| Court: | Supreme Court | County: | New York |
|---|---|---|---|
| Dated: | ~~XX/XX/XXXX~~ May 7, 2015 | Entered: | May 7, 2015 |
| Judge (name in full): | Hon. Barbara Jaffe | Index No.: | 651089/10 |
| Stage: | ■ Interlocutory ☐ Final ☐ Post-Final | Trial: ☐ Yes ■ No | If Yes: ☐ Jury ☐ Non-Jury |

### Prior Unperfected Appeal and Related Case Information

Are any appeals arising in the same action or proceeding currently pending in the court?   ☐ Yes ■ No
If Yes, please set forth the Appellate Division Case Number assigned to each such appeal.

Where appropriate, indicate whether there is any related action or proceeding now in any court of this or any other jurisdiction, and if so, the status of the case:
Dalia Genger v. Arie Genger, 113862/10 (Sup. Ct, New York County) (stayed)
Sagi Genger v. Orly Genger, 17-CV-8181 (S.D.N.Y.) (post judgment)
In the Matter of the Application of Orly Genger, for the removal of Dalia Genger as Trustee of the Orly Genger Trust 0017/08 (Surr. Ct. New York) (pending)

### Original Proceeding

| Commenced by: | ☐ Order to Show Cause ☐ Notice of Petition ☐ Writ of Habeas Corpus | Date Filed: |
|---|---|---|

Statute authorizing commencement of proceeding in the Appellate Division:

### Proceeding Transferred Pursuant to CPLR 7804(g)

| Court: | Choose Court | County: | Choose County |
|---|---|---|---|
| Judge (name in full): | | Order of Transfer Date: | |

### CPLR 5704 Review of Ex Parte Order:

| Court: | Choose Court | County: | Choose County |
|---|---|---|---|
| Judge (name in full): | | Dated: | |

### Description of Appeal, Proceeding or Application and Statement of Issues

Description: If an appeal, briefly describe the paper appealed from. If the appeal is from an order, specify the relief requested and whether the motion was granted or denied. If an original proceeding commenced in this court or transferred pursuant to CPLR 7804(g), briefly describe the object of proceeding. If an application under CPLR 5704, briefly describe the nature of the ex parte order to be reviewed.

Dalia Genger, as trustee, by her motion sought an order substituting herself as Plaintiff on Orly Genger's Trump Group claims, and for an order pursuant to CPLR 2701 directing that the Trump Group settlement fund be paid into Court and ultimately to the Orly Trust. On November 25, 2014, the IAS Court dismissed Plaintiffs' Trump Group claims pursuant to a settlement agreement, and the IAS Court severed the cross-claims, counterclaims and third-party claims. On May 7, 2015, the IAS Court held in abeyance Dalia's motions to be substituted and for the Plaintiffs' Trump Group claim settlement funds to be paid into Court and ultimately to the Orly Trust pending the outcome of Orly Genger's petition in the Surrogate's Court to remove Dalia as trustee of the Orly Trust. Such matter is still pending in the Surrogate's Court. On November 29, 2016, the Appellate Division, First Department, affirmed the dismissal of Plaintiffs' Trump Group claims pursuant to a settlement agreement by the IAS Court of the Complaint. On February 19, 2019 (entered on February 20, 2019), the IAS Court denied Dalia's motion to be substituted and for the Plaintiffs' Trump Group claim settlement funds to be paid into Court and ultimately to the Orly Trust as moot on the grounds that the Appellate Division, First Department affirmed the dismissal of the action.

Informational Statement - Civil

Issues: Specify the issues proposed to be raised on the appeal, proceeding, or application for CPLR 5704 review, the grounds for reversal, or modification to be advanced and the specific relief sought on appeal.

The IAS Court decision was erroneous because neither the IAS Court nor the Appellate Division, First Department ever decided that branch of Dalia's motion for the Plaintiffs' Trump Group claim settlement funds to be paid into Court and ultimately to the Orly Trust. These funds rightfully belong to the Orly Trust.

## Party Information

Instructions: Fill in the name of each party to the action or proceeding, one name per line. If this form is to be filed for an appeal, indicate the status of the party in the court of original instance and his, her, or its status in this court, if any. If this form is to be filed for a proceeding commenced in this court, fill in only the party's name and his, her, or its status in this court.

| No. | Party Name | Original Status | Appellate Division Status |
|---|---|---|---|
| 1 | Arie Genger | Plaintiff | Respondent |
| 2 | Orly Genger | Plaintiff | Respondent |
| 3 | Dalia Genger | Defendant | Appellant |
| 4 | Sagi Genger, individually and on behalf of the Sagi Genger 1993 Trust | Defendant | Respondent |
| 5 | TPR Investment Associates, Inc. | Defendant | Respondent |
| 6 | Glencova Investment Co. | Defendant | Respondent |
| 7 | TR Investors, LLC | Defendant | Respondent |
| 8 | New TR Equity I, LLC | Defendant | Respondent |
| 9 | New TR Equity II, LLC | Defendant | Respondent |
| 10 | Jules Trump | Defendant | Respondent |
| 11 | Eddie Trump | Defendant | Respondent |
| 12 | Mark Hirsch | Defendant | Respondent |
| 13 | Trans-Resources, Inc. | Defendant | Respondent |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

Informational Statement - Civil

## Attorney Information

**Instructions:** Fill in the names of the attorneys or firms for the respective parties. If this form is to be filed with the notice of petition or order to show cause by which a special proceeding is to be commenced in the Appellate Division, only the name of the attorney for the petitioner need be provided. In the event that a litigant represents herself or himself, the box marked "Pro Se" must be checked and the appropriate information for that litigant must be supplied in the spaces provided.

| | |
|---|---|
| Attorney/Firm Name: | Judith Bachman, The Bachman Law Firm PLLC |
| Address: | 365 S. Main Street, 2nd Fl |
| City: New City | State: NY  Zip: 10956  Telephone No: 845-639-3210 |
| E-mail Address: | judith@thebachmanlawfirm.com |
| Attorney Type: | ■ Retained  ☐ Assigned  ☐ Government  ☐ Pro Se  ☐ Pro Hac Vice |
| Party or Parties Represented: | 3 |

| | |
|---|---|
| Attorney/Firm Name: | Michael Bowen, Kasowitz Benson Torres LLP |
| Address: | 1633 Broadway |
| City: New York | State: NY  Zip: 10019  Telephone No: 212-506-1700 |
| E-mail Address: | mbowen@kasowitz.com |
| Attorney Type: | ■ Retained  ☐ Assigned  ☐ Government  ☐ Pro Se  ☐ Pro Hac Vice |
| Party or Parties Represented: | 1, 2 |

| | |
|---|---|
| Attorney/Firm Name: | John Dellaportas, Kelley Drye & Moore LLP |
| Address: | 101 Park Avenue |
| City: New York | State: NY  Zip: 10178  Telephone No: 212-808-7800 |
| E-mail Address: | jdellaportas@kelleydrye.com |
| Attorney Type: | ■ Retained  ☐ Assigned  ☐ Government  ☐ Pro Se  ☐ Pro Hac Vice |
| Party or Parties Represented: | 4, 5 |

| | |
|---|---|
| Attorney/Firm Name: | John Boyle, Skadden Arps Slate Meagher and Flom LLP |
| Address: | Four Times Square |
| City: New York | State: NY  Zip: 10036  Telephone No: 212-735-3000 |
| E-mail Address: | john.boyle@skadden.com |
| Attorney Type: | ■ Retained  ☐ Assigned  ☐ Government  ☐ Pro Se  ☐ Pro Hac Vice |
| Party or Parties Represented: | 6 – 13 |

| | |
|---|---|
| Attorney/Firm Name: | |
| Address: | |
| City: | State:  Zip:  Telephone No: |
| E-mail Address: | |
| Attorney Type: | ☐ Retained  ☐ Assigned  ☐ Government  ☐ Pro Se  ☐ Pro Hac Vice |
| Party or Parties Represented: | |

| | |
|---|---|
| Attorney/Firm Name: | |
| Address: | |
| City: | State:  Zip:  Telephone No: |
| E-mail Address: | |
| Attorney Type: | ☐ Retained  ☐ Assigned  ☐ Government  ☐ Pro Se  ☐ Pro Hac Vice |
| Party or Parties Represented: | |

Informational Statement - Civil