# EXHIBIT V

SUPREME COURT: NEW YORK COUNTY

ORLY GENGER in her individual capacity and on behalf of the Orly Genger 1993 Trust (both in its individual capacity and on behalf of D & K Limited Partnership),

Plaintiff,

- against -

DALIA GENGER, SAGI GENGER, LEAH FANG D & K GP LLC, and TPR INVESTMENT ASSOCIATES, INC.,

Defendants.

Index No.: 109749/09

Hon. Barbara Jaffe

IAS Part 12

**STIPULATION OF WITHDRAWAL OF COUNSEL**

WHEREAS, currently the law firms of Kasowitz, Benson, Torres & Friedman LLP ("KBTF") and Zeichner Ellman & Krause LLP ("ZEK") represent Orly Genger, individually and on behalf of the Orly Genger 1993 Trust and D&K Limited Partnership (collectively, "Orly") in this matter; and

WHEREAS, Orly and ZEK have agreed that ZEK shall no longer represent Orly in this matter; and

WHEREAS, KBTF consents to ZEK's withdrawal in this matter;

IT IS NOW STIPULATED AND AGREED THAT:

1.      Pursuant to CPLR § 321, ZEK hereby withdraws as counsel to Orly, and shall no longer represent Orly in this matter.

2.      KBTF shall remain as counsel to Orly in this matter.

890003

3. This stipulation may be signed in counterparts, each of which shall be deemed an original, and all of which will be filed together using NYSCEF. Further, facsimile signatures shall have the same force and effect as original signatures.

Dated: New York, New York
January 9, 2017

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Eric D. Herschmann
Michael P. Bowen
Andrew R. Kurland
1633 Broadway
New York, NY 10019
(212) 506-1700

*Continuing Counsel for Orly Genger, individually and on behalf of the Orly Genger 1993 Trust and D&K Limited Partnership*

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Yoav Griver
Bryan Leinbach
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400

*Outgoing Counsel for Orly Genger, individually and on behalf of the Orly Genger 1993 Trust and D&K Limited Partnership*

Orly Genger

By: _____

SO ORDERED:

_____
Hon. Barbara Jaffe, J.S.C.

BARBARA JAFFE
J.S.C.

2

STATE OF _New York_,
COUNTY OF _New York_

    On the __27th__ day of January in the year 2017 before me, the undersigned, personally appeared Orly Genger, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                                      _____
                                                          Notary Public

[Notary seal: ANDREW ROGERS KURLAN, NOTARY, NO. 02KU6221752, QUALIFIED IN KINGS COUNTY, COMM. EXP. 05/10/20[13], STATE OF NEW YORK]