# EXHIBIT W

SUPREME COURT: NEW YORK COUNTY

| | |
|---|---|
| ARIE GENGER and ORLY GENGER, in her individual capacity and on behalf of the ORLY GENGER 1993 TRUST,<br><br>         Plaintiffs,<br><br>-against-<br><br>SAGI GENGER, TPR INVESTMENT ASSOCIATES, INC., DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of THE SAGI GENGER 1993 TRUST, GLENCLOVA INVESTMENT COMPANY, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP and MARK HIRSCH,<br><br>         Defendants. | Index No. 651089/10<br><br>Hon. Barbara Jaffe<br><br>IAS Part 12<br><br>**STIPULATION OF**<br>**WITHDRAWAL OF COUNSEL** |
| SAGI GENGER, individually and as assignee of THE SAGI GENGER 1993 TRUST, and TPR INVESTMENT ASSOCIATES, INC.,<br><br>   Cross-Claimants, Counterclaimants, and<br>   Third-Party Claimants,<br><br>-against-<br><br>ARIE GENGER, ORLY GENGER, GLENCLOVA INVESTMENT COMPANY, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP, MARK HIRSCH, TRANS-RESOURCES, INC., and WILLIAM DOWD,<br><br>   Cross-Claim, Counterclaim and/or<br>   Third-Party Defendants. | |

WHEREAS, currently the law firms of Kasowitz, Benson, Torres & Friedman LLP ("KBTF") and Zeichner Ellman & Krause LLP ("ZEK") represent Orly Genger, individually and as beneficiary of the Orly Genger 1993 Trust (collectively, "Orly") in this matter; and

890006

WHEREAS, Orly and ZEK have agreed that ZEK shall no longer represent Orly in this matter; and

WHEREAS, KBTF consents to ZEK's withdrawal in this matter;

IT IS NOW STIPULATED AND AGREED THAT:

1. Pursuant to CPLR § 321, ZEK hereby withdraws as counsel to Orly, and shall no longer represent Orly in this matter.

2. KBTF shall remain as counsel to Orly in this matter.

3. This stipulation may be signed in counterparts, each of which shall be deemed an original, and all of which will be filed together using NYSCEF. Further, facsimile signatures shall have the same force and effect as original signatures.

Dated: New York, New York
January 9, 2017

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ZEICHNER ELLMAN & KRAUSE LLP |
|---|---|
| By: _____<br>Eric D. Herschmann<br>Michael P. Bowen<br>Andrew R. Kurland<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700 | By: _____<br>Yoav Griver<br>Bryan Leinbach<br>1211 Avenue of the Americas<br>New York, NY 10036<br>(212) 223-0400 |
| *Continuing Counsel for Orly Genger, individually and as beneficiary of the Orly Genger 1993 Trust* | *Outgoing Counsel for Orly Genger, individually and as beneficiary of the Orly Genger 1993 Trust* |

Orly Genger

By: _____

SO ORDERED:

_____
Hon. Barbara Jaffe, J.S.C.

BARBARA JAFFE
J.S.C.

3

STATE OF _New York_,
COUNTY OF _New York_.

On the __27th__ day of January in the year 2017 before me, the undersigned, personally appeared Orly Genger, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

[Notary seal: ANDREW ROGERS KURLAND, NOTARY PUBLIC, STATE OF NEW YORK, NO. 02KU6221752, QUALIFIED IN KINGS COUNTY, COMM. EXP. 05/10/20__]

_____
Notary Public