# POLLOCK | COHEN LLP
60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 7/15/2020

July 7, 2020

**VIA ECF**

| | |
|---|---|
| Hon. Vernon S. Broderick | Hon. Debra C. Freeman |
| Thurgood Marshall | Daniel Patrick Moynihan |
| United States Courthouse | United States Courthouse |
| 40 Foley Square | 500 Pearl St. |
| New York, NY 10007 | New York, NY 10007 |

Re: *Recovery Effort Inc. v. Zeichner Ellman & Krause LLP, et al.*, No. 19-cv-05641 (VSB)
*Manhattan Safety Maine, et al. v. Michael Bowen, et al.*, No. 1:19-cv-5642 (LGS/DCF)

Dear Judges Broderick and Freedman:

We represent plaintiffs in the above-captioned actions. We write to respectfully advise that Judge James L. Garrity of the Bankruptcy Court, in the Orly Genger bankruptcy proceeding (No. 19-13895-JLG), has directed that these matters should be stayed through August 25, 2020.

On June 8, 2020, we filed a motion seeking a determination that these actions are not subject to the automatic stay. (ECF no. 258-1 in no. 19-13895.) Objections to the motion were filed by various parties, including Deborah J. Piazza, the Chapter 7 Trustee of the bankruptcy estate of Orly Genger. The hearing on that motion was scheduled for July 8, 2020.

Last Thursday, July 2, 2020, the Bankruptcy Court held a discovery conference with respect to other matters pending in the bankruptcy case. During that conference, Judge Garrity pushed back the hearing date on our motion to August 25, 2020 and asked that these matters be stayed pending the Bankruptcy Court's determination of the motion. Judge Garrity further indicated that the hearing date would likely move back past the August 25 placeholder date.

Accordingly, consistent with Judge Garrity's direction, we respectfully submit that these matters should be stayed until the resolution of the pending motion to dismiss the bankruptcy case, which is currently scheduled to be heard on August 25.

Thank you for Your Honors' consideration in this matter.

Respectfully submitted,

/s/ *Adam Pollock*

Adam Pollock

Hon. Vernon S. Broderick
Hon. Debra C. Freeman
July 7, 2020
Page 2 of 2

cc:     Rocco Cavaliere, Esq. (via email)
        (Counsel to the Bankruptcy Trustee)

        All counsel of record (via ECF)