UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RECOVERY EFFORT INC.,                         :
:
                        Plaintiff,        :
:          19-CV-5641 (VSB)
      -against-                          :
:          **ORDER**
ZEICHNER ELLMAN 7 KRAUSE LLP, et al.,:
:
                  Defendants.  :
:
------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** 5/11/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On July 15, 2020, I stayed this case pending resolution of the motion to dismiss the bankruptcy case, which was scheduled to be heard on August 25, 2020.  (Doc. 55.)  The stay, set to expire on August 25, 2020, has now expired.  The parties are therefore directed to provide me with an update on the status of this case.

      Additionally, Defendants filed motions to dismiss on January 15, 2020.  (Docs. 22, 27.)  Thereafter, Plaintiff filed a first amended complaint, (Doc. 35), and Defendants filed motions to dismiss the first amended complaint, (Docs. 41, 42.)  Defendants are directed to inform me whether their original motions to dismiss that were directed at the original complaint, (Docs. 22, 27), are now moot.  Accordingly, it is hereby:

      ORDERED, that by May 18, 2021, the parties file a letter with an update on the status of this case and the underlying bankruptcy case.

      IT IS FURTHER ORDERED, that by May 18, 2021, Defendants indicate whether their original motions to dismiss are moot.

SO ORDERED.

Dated: May 11, 2021
      New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge