

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

Direct line: 212 660 3020
asetz@sullivanlaw.com

May 18, 2021

The Clerk of Court is respectfully directed to terminate docket entry 27.

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK 5/19/2021
UNITED STATES DISTRICT JUDGE

**VIA ELECTRONIC FILING**

Hon. Vernon S. Broderick
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Recovery Effort Inc. v. Zeichner Ellman & Krause LLP, et al.*,
            No. 19-cv-05641 (VSB)

Dear Judge Broderick:

      We represent Defendants Zeichner Ellman & Krause LLP and Yoav M. Griver (the "ZEK Defendants") in the above-captioned action. We write pursuant to the Court's order, dated May 11, 2021 (Doc. 56).

      The ZEK Defendants confirm that in light of their motion to dismiss the first amended complaint (Doc. 41), their motion to dismiss the original complaint (Doc. 27) is moot.

      With regard to the status of this case and the underlying bankruptcy case, the ZEK Defendants take no position and await the Court's decision on their motion to dismiss or the Court's further instructions.

                                                Respectfully submitted,

                                                /s/Anna Lea Setz
                                                Sullivan & Worcester LLP
                                                *Counsel for Zeichner Ellman & Krause LLP*
                                                *and Yoav M. Griver*

cc:      Counsel of Record (via ECF)