

Sullivan & Worcester LLP
1251 Avenue of the Americas
New York, NY 10020

212 660 3000
sullivanlaw.com

February 4, 2025

**BY ECF**

The Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2025
```

Re: *Recovery Effort Inc. v. Zeichner Ellman & Krause LLP, et al.,*
No. 19-CV-05641 (VSB) (KHP)

Dear Judge Parker:

This firm represents Defendants Zeichner Ellman & Krause LLP and Yoav M. Griver in the above-referenced matter. We write to respectfully request an adjournment of the Case Management Conference currently scheduled for Monday, February 10, 2025 at 3 p.m.

Last week, the Court in another case of mine set a two-hour conference for Monday, February 10, 2025 from 2:30 p.m. to 4:40 p.m.[1] The case involves over a dozen parties and legal representatives and, therefore, the hearing cannot be moved to a different date. No other attorney at Sullivan & Worcester LLP can attend this conference on my behalf because I am the attorney who is fully informed of the discovery disputes that will be the subject of that conference.

This is the first request for adjournment of this Case Management Conference. Counsel for Plaintiff and Co-Defendants Wachtel Missry LLP and William B. Wachtel do not object to this request. I have conferred with them as to their availability for another date or time, and everyone could attend an in-person conference on Monday, February 10, 2025 before 1 p.m., on Tuesday, February 11, 2025, or from February 24-27, 2025.

We thank the Court for its attention to this matter.

**APPLICATION GRANTED:** The Case Management Conference set for 2/10/2025 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Monday, February 24, 2025 at 11:00 a.m.

APPLICATION GRANTED

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.      02/04/2025

Respectfully submitted,

*/s/ Anna Lea McNerney*
Anna Lea McNerney (Setz)
Michael T. Sullivan
SULLIVAN & WORCESTER LLP
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 660-3000
amcnerney@sullivanlaw.com
msullivan@sullivanlaw.com

cc: Counsel of Record (by ECF)

---

[1] The matter consists of two combined cases with the Case Numbers 150180/2021 and 151246/2020 (NY Supreme Court, Richmond County).