UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECOVERY EFFORT INC.,

                    Plaintiff,

-against-

ZEICHNER ELLMAN & KRAUSE LLP, et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2025

POST-CONFERENCE ORDER

19-CV-5641 (VSB)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 24, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Defendants' Motion to Stay Discovery is hereby denied without prejudice. (ECF No. 103) All discovery shall be completed **by November 24, 2025**. The parties shall exchange initial disclosures **by March 17, 2025**. The parties shall serve document requests and related answers and objections.

This action is scheduled for a case management conference on **Monday, April 21, 2025 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 103.**

      SO ORDERED.

Dated:   March 5, 2025
             New York, New York

                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge