UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECOVERY EFFORT INC.,

                  Plaintiff,

-against-

ZEICHNER ELLMAN & KRAUSE LLP, et al.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2025

**POST-CONFERENCE ORDER**

**19-CV-5641 (VSB)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On April 21, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Defendants' renewed Motion to Stay Discovery is DENIED. (ECF No. 122)

The parties shall discuss and attempt in good faith to enter into a stipulation regarding the location of the money and promissory notes at issue in this matter and the date when representation of counsel at issue ended.

Defendants shall collect relevant communications regarding the transfer of promissory notes from the month of June 2013 and review them for responsiveness and privilege. Any privileged documents shall be included on a privilege log produced by no later than 60 days from the date of this Order. The Court will permit a categorical log. Any non-privileged documents shall be produced by no later than 60 days from the date of this Order.

Defendants shall file any Motion for a Protective Order with respect to the remaining discovery sought by Plaintiff **by May 5, 2025**. Concurrent with the filing of said motion, Defendants shall submit a copy of the relevant responses and objections. Plaintiff shall file its response **by May 19, 2025**. There shall be no replies.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 122.**

**SO ORDERED.**

Dated:   April 21, 2025
         New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge