UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECOVERY EFFORT INC.,

                Plaintiff,

-against-

ZEICHNER ELLMAN & KRAUSE LLP, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2025

**ORDER**

**19-CV-5641 (VSB)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On June 18, 2025, the parties filed a Letter Motion requesting clarification of the Court's April 21, 2025 Order with respect to whether discovery is stayed in the case for "the remaining discovery sought." (ECF No. 137) The Court clarifies that the Order did not intend to place a stay on the remaining discovery sought and hereby orders that discovery shall proceed with respect to all areas that are relevant to the remaining parties' claims and defenses.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 137.**

    SO ORDERED.

Dated:   June 26, 2025
            New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge