

**Sullivan & Worcester LLP**
1251 Avenue of the Americas          212 660 3000
New York, NY 10020                   sullivanlaw.com

Direct Line:  212 660 3024
amcnerney@sullivanlaw.com

August 20, 2025

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square New York, NY 10007

      Re:   *Recovery Effort Inc. v. Zeichner Ellman & Krause LLP, et al.*
           No. 19-cv-05641 (VSB)

Dear Judge Broderick:

      We represent defendants Zeichner Ellman & Krause LLP and Yoav Griver (together, the "ZEK Defendants") in the referenced action.  We write pursuant to Rule 1(G) of the Court's Individual Rules & Practices in Civil Cases to respectfully request a one-week extension of time for Defendants to file a reply in further support of their Motion for Summary Judgment (ECF No. 141).  The current deadline for the ZEK Defendants' reply is Friday, August 22, 2025; the ZEK Defendants seek an extension through Friday, August 29, 2025.

      The reasons for the request are the large volume of the opposition papers, the demands of the ongoing discovery in this case, and deadlines in the undersigned counsel's other litigation matters.

      This is the first request for an extension of the ZEK Defendants' reply.  Counsel for Plaintiff consents.

      We thank the Court for its consideration.

                        Respectfully submitted,

                        */s/ Anna Lea McNerney*

                        Anna Lea (Setz) McNerney

cc:   All counsel via ECF